UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Application of<br>YS GM MARFIN II LLC;<br>YS GM MF VII LLC;<br>YS GM MF VIII LLC;<br>YS GM MF IX LLC; and<br>YS GM MF X LLC,<br><br>For an Order to Conduct Discovery for<br>Use in Foreign Proceedings | Case No. 20-mc-00182 |

**CORPORATE DISCLOSURE STATEMENT AND
CERTIFICATE OF INTERESTED PARTIES**

Applicants YS GM MARFIN II LLC, YS GM MF VII LLC, YS GM MF VIII LLC, YS GM MF IX LLC, YS GM MF X LLC (each an "Applicant" and, together, the "Applicants"), by and through undersigned counsel, file this corporate disclosure statement and certificate of interested parties.

**I.     CORPORATE DISCLOSURE STATEMENT**

Applicants state that there are no publicly held companies owning 10% or more of any Applicant, which are private companies organized and existing under the laws of the State of Delaware.

Applicants YS GM MARFIN II LLC; YS GM MF VII LLC and YS GM MF X LLC are wholly-owned subsidiaries of YS ALTNOTES I LLC. YS ALTNOTES I LLC is a wholly-owned subsidiary of YieldStreet Inc.

Applicants YS GM MF VIII LLC and YS GM MF IX LLC are wholly-owned subsidiaries of YS ALTNOTES II LLC. YS ALTNOTES II LLC is a wholly-owned subsidiary of YieldStreet Inc.

## II. CERTIFICATE OF INTERESTED PARTIES

Applicants state that the following entities and persons have an interest in the outcome of this case:

YS GM MARFIN II LLC

YS GM MF VII LLC

YS GM MF VIII LLC

YS GM MF IX LLC

YS GM MF X LLC

YS ALTNOTES I LLC

YS ALTNOTES II LLC

YieldStreet Inc.

YieldStreet Management LLC

North Star Marine Ltd.

Gemini Marine Ltd.

Gemini Marine (No. 1) Ltd.

Gemini Marine (No. 2) Ltd.

Gemini Marine (No. 3) Ltd.

Gemini Marine (No. 4) Ltd.

Gemini Marine (No. 5) Ltd.

Gemini Marine (No. 6) Ltd.

Gemini Marine (No. 7) Ltd.

Gemini Marine (No. 8) Ltd.

Gemini Marine (No. 10) Ltd.

Gemini Marine (No. 12) Ltd.

Gemini Marine (No. 13) Ltd.

Gemini Marine (No. 14) Ltd.

Aquarius Marine Ltd.

North Star Maritime Holdings Limited

Muhammad Tahir Lakhani

Muhammad Ali Lakhani

Muhammad Hassan Lakhani

Holman Fenwick Willan Singapore LLP

Dubai Navigation Corp.

Lars Juul Jorgensen

Rao Varanasi

Ralph Becker

Kowshik Kuchroo

Five Star Shipping Ltd.

Morrito Maritime Inc.

Cobb Maritime No. 4 Ltd.

Cobb Maritime No. 5 Ltd.

NS General Trading LLC

North Star Holdings LLC

Gulf Star Agencies Ltd.

Astir Maritime Ltd.

Astir Maritime No. 1 Ltd.

Astir Maritime No. 2 Ltd.

Astir Maritime No. 3 Ltd.

Astir Maritime No. 4 Ltd.

Astir Maritime No. 5 Ltd.

Astir Maritime No. 6 Ltd.

Astir Maritime No. 7 Ltd.

Astir Maritime No. 8 Ltd.

Astir Maritime No. 9 Ltd.

Astir Maritime No. 10 Ltd.

Astir Maritime No. 11 Ltd.

Astir Maritime No. 12 Ltd.

Christie Maritime Ltd.

Cobb Maritime Ltd.

Conrad Maritime Ltd.

Monsarrat Maritime Ltd.

Verne Maritime Ltd.

Cobb Maritime No. 1 Ltd.

Cobb Maritime No. 2 Ltd.

Cobb Maritime No. 3 Ltd.

Etoile Polaire Ltd.

Taurus Maritime Ltd.

Pisces Maritime Ltd.

Capricorn Maritime Ltd.

Cepheus Maritime Ltd.

Cygnus Maritime Ltd.

Perseus Maritime Ltd.

Kei Maritime Ltd.

Vita Maritime Ltd.

Vega Maritime No. 1 Ltd.

Vega Maritime No. 2 Ltd.

Vega Maritime No. 3 Ltd.

Vega Maritime No. 4 Ltd.

Vega Maritime No. 5 Ltd.

Gemini Marine (No. 9) Ltd.

Gulfstar SA

DTA Maritime LLC

Star Property Investments Limited

SH Process Agents Limited

Sequor Law, P.A.

Edward H. Davis, Jr., Esq.

Fernando J. Menendez, Esq.

Raul Torrao, Esq.

Rebecca Fine

Charles Tilden Storrs Buss

Martin S. Kenney

Murphy & McGonigle

Andrew J. Melnick, Esq.

Michael Rella, Esq.

| | |
|---|---|
| April 3, 2020 | Respectfully submitted,<br><br>  /s/ Andrew J. Melnick    <br>Andrew J. Melnick (AM4209)<br>MURPHY & MCGONIGLE<br>1185 Avenue of the Americas, 21st Flr<br>New York, New York 10036<br>(212) 880-3999<br><br>and<br><br>SEQUOR LAW, P.A.<br>1111 Brickell Ave., Ste. 1250<br>Miami, Florida 33131<br>Edward H. Davis, Jr.<br>Florida Bar No. 704539<br>Fernando J. Menendez, Jr.<br>Florida Bar No. 0018167<br>Raul Torrao<br>Florida Bar No. 1018991<br><br>*Requests for Admission Pro Hac Vice (to be submitted)*<br><br>*Counsel for the Applicants* |