# EXHIBIT A

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

In re Application of
YS GM MARFIN II LLC;
YS GM MF VII LLC;
YS GM MF VIII LLC;
YS GM MF IX LLC;
YS GM MF X LLC.


For an Order to Conduct Discovery for

Use in Foreign Proceedings

Case No. M-_____

### LIST OF ENTITIES AND INDIVIDUALS AND KNOWN CONNECTIONS TO ALLEGED FRAUD AND/OR LAKHANIS[1]

Applicant seeks assistance from the United States District Court for the Southern District of New York to obtain CHIPS and intermediary bank payment messages naming or referencing the entities and individuals below that are connected to the Fraud identified in the Application, and/or are known to be affiliated with and/or directly or indirectly owned and controlled by the Lakhanis, regardless of whether such persons or entities are originating or receiving such payment, from the Discovery Targets for use in the Pending Proceeding and Contemplated Proceedings.

| PART A: BORROWERS OF THE LOANS | | |
|---|---|---|
| No. | Borrower | Relationship to the Fraud |
| 1 | North Star Marine Ltd. | Borrower from YS GM MF II LLC (Loan Agreement of 1 June 2018) |
| 2 | Gemini Marine Ltd. | Borrower from YS GM MF II LLC (Loan Agreement of 1 June 2018) |

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Declaration of Charles Tilden Storrs Buss in Support of Application for Judicial Assistance Pursuant to 28 U.S.C. § 1782.

| 3 | Gemini Marine (No. 1) Ltd. | Borrower from YS GM MF II LLC (Loan Agreement of 1 June 2018) |
|---|---|---|
| 4 | Gemini Marine (No. 2) Ltd. | Borrower from YS GM MF II LLC (Loan Agreement of 1 June 2018) |
| 5 | Gemini Marine (No. 3) Ltd. | Borrower from YS GM MF II LLC (Loan Agreement of 1 June 2018) |
| 6 | Gemini Marine (No. 4) Ltd. | Borrower from YS GM MF II LLC (Loan Agreement of 1 June 2018) |
| 7 | Gemini Marine (No. 5) Ltd. | Borrower from YS GM MF II LLC (Loan Agreement of 1 June 2018) |
| 8 | Gemini Marine (No. 6) Ltd. | Borrower from YS GM MF VIII LLC (Loan Agreement of 22 March 2019) |
| 9 | Gemini Marine (No. 7) Ltd. | Borrower from YS GM MF VII LLC (Loan Agreement of 31 March 2019) |
| 10 | Gemini Marine (No. 8) Ltd. | Borrower from YS GM MF VII LLC (Loan Agreement of 31 March 2019) |
| 11 | Gemini Marine (No. 10) Ltd. | Borrower from YS GM MF VII LLC (Loan Agreement of 31 March 2019) |
| 12 | Gemini Marine (No. 12) Ltd. | Borrower from YS GM MF IX LLC (Loan Agreement of 29 May 2019) |
| 13 | Gemini Marine (No. 13) Ltd. | Borrower from YS GM MF IX LLC (Loan Agreement of 11 September 2019) |
| 14 | Gemini Marine (No. 14) Ltd. | Borrower from YS GM MF X LLC (Loan Agreement of 29 May 2019) |
| 15 | Aquarius Marine Ltd. | Borrower from YS GM MF II LLC (Loan Agreement of 1 June 2018) |

| **PART B**: GUARANTORS TO THE LOANS | | |
|---|---|---|
| No. | Guarantor | Relationship to the Fraud |
| 16 | North Star Maritime Holdings Limited | Corporate guarantor for all Loans |
| 17 | Muhammad Tahir Lakhani | Personal guarantor for all Loans |
| 18 | Muhammad Ali Lakhani | Personal guarantor for all Loans |
| 19 | Muhammad Hassan Lakhani | Personal guarantor for all Loans |

| **PART C**: PARTY INVOLVED IN THE TRANSACTION RELATED TO THE WU XIAN FRAUD | | |
|---|---|---|
| No. | Entity | Relationship to the Fraud |
| 20 | Holman Fenwick Willan Singapore LLP | Escrow agent that received the fraudulent payment of the balance of the Wu Xian's purchase price of US$13,431,200 and transferred the purchase price to one of the entities controlled by the Borrowers or Guarantors |

| **PART D**: INTERMEDIARY BUYERS AND SELLERS OF VESSELS IN BACK-TO-BACK SALES WHICH ARE LINKED TO THE NORTH STAR GROUP | | |
|---|---|---|
| No. | Intermediary | Relationship to the Fraud |
| 21 | Dubai Navigation Corp. | Vessel sales intermediary controlled by the Lakhanis |
| 22 | Lars Juul Jorgensen | C.E.O. and C.C.O. of Dubai Navigation Corp. |
| 23 | Rao Varanasi | C.F.O. of Dubai Navigation Corp. |
| 24 | Ralph Becker | C.O.O. of Dubai Navigation Corp. |
| 25 | Kowshik Kuchroo | Executive Director of Dubai Navigation Corp. |

| 26 | Five Star Shipping Ltd. | Vessel sales intermediary in the Purchase MoA of 3 December 2018 |
| 27 | Morrito Maritime Inc. | Vessel sales intermediary in the Purchase MoAs of 29 June 2018 and 11 July 2018 |
| 28 | Cobb Maritime No. 4 Ltd. | Vessel Sales Intermediary in the Sales MoA of 26 August 2019, Addendum No. 1 of 2 July 2019 to Purchase MoA of 18 June 2019<br>Subsidiary of Christie Maritime Ltd. |
| 29 | Cobb Maritime No. 5 Ltd. | Vessel Sales Intermediary in the Sales MoA of 22 November 2018 [vessel "WU XIAN"], Addendum No. 1 of 7 October 2018 to Purchase MoA of 19 September 2018)<br>Subsidiary of Christie Maritime Ltd. |

| PART E: OTHER AFFILIATES OF THE NORTH STAR GROUP [2] | | |
|---|---|---|
| **No.** | **Entity** | **Relationship to the Fraud** |
| 30 | NS General Trading LLC | Management company of the North Star Group, partly owned by Ali Lakhani |
| 31 | North Star Holdings LLC | Part of the North Star Group and manager of vessel purchases |
| 32 | Gulf Star Agencies Ltd. | Representative office of the North Star group in the UK |
| 33 | Astir Maritime Ltd. | Sub-Holding of North Star Maritime Holdings Ltd. |
| 34 | Astir Maritime No. 1 Ltd. | Subsidiary of Astir Maritime Ltd. |
| 35 | Astir Maritime No. 2 Ltd. | Subsidiary of Astir Maritime Ltd. |
| 36 | Astir Maritime No. 3 Ltd. | Subsidiary of Astir Maritime Ltd. |

[2] Entities that are identified as affiliates of the North Star Group, controlled by the Lakhanis, based on public records provided to me by Applicants.

| 37 | Astir Maritime No. 4 Ltd. | Subsidiary of Astir Maritime Ltd. |
|----|---------------------------|-----------------------------------|
| 38 | Astir Maritime No. 5 Ltd. | Subsidiary of Astir Maritime Ltd. |
| 39 | Astir Maritime No. 6 Ltd. | Subsidiary of Astir Maritime Ltd. |
| 40 | Astir Maritime No. 7 Ltd. | Subsidiary of Astir Maritime Ltd. |
| 41 | Astir Maritime No. 8 Ltd. | Subsidiary of Astir Maritime Ltd. |
| 42 | Astir Maritime No. 9 Ltd. | Subsidiary of Astir Maritime Ltd. |
| 43 | Astir Maritime No. 10 Ltd. | Subsidiary of Astir Maritime Ltd. |
| 44 | Astir Maritime No. 11 Ltd. | Subsidiary of Astir Maritime Ltd. |
| 45 | Astir Maritime No. 12 Ltd. | Subsidiary of Astir Maritime Ltd. |
| 46 | Christie Maritime Ltd. | Sub-Holding of North Star Maritime Holdings Ltd. |
| 47 | Cobb Maritime Ltd. | Subsidiary of Christie Maritime Ltd. |
| 48 | Conrad Maritime Ltd. | Subsidiary of Christie Maritime Ltd. |
| 49 | Monsarrat Maritime Ltd. | Subsidiary of Christie Maritime Ltd. |
| 50 | Verne Maritime Ltd. | Subsidiary of Christie Maritime Ltd. |
| 51 | Cobb Maritime No. 1 Ltd. | Subsidiary of Christie Maritime Ltd. |
| 52 | Cobb Maritime No. 2 Ltd. | Subsidiary of Christie Maritime Ltd. |
| 53 | Cobb Maritime No. 3 Ltd. | Subsidiary of Christie Maritime Ltd. |

| 54 | Etoile Polaire Ltd. | Sub-Holding of North Star Maritime Holdings Ltd. |
| 55 | Taurus Maritime Ltd. | Subsidiary of Etoile Polaire Ltd. |
| 56 | Pisces Maritime Ltd. | Subsidiary of Etoile Polaire Ltd. |
| 57 | Capricorn Maritime Ltd. | Subsidiary of Etoile Polaire Ltd. |
| 58 | Cepheus Maritime Ltd. | Subsidiary of Etoile Polaire Ltd. |
| 59 | Cygnus Maritime Ltd. | Subsidiary of Etoile Polaire Ltd. |
| 60 | Perseus Maritime Ltd. | Subsidiary of Etoile Polaire Ltd. |
| 61 | Kei Maritime Ltd. | Subsidiary of Etoile Polaire Ltd. |
| 62 | Vita Maritime Ltd. | Subsidiary of Etoile Polaire Ltd. |
| 63 | Vega Maritime No. 1 Ltd. | Subsidiary of Etoile Polaire Ltd. |
| 64 | Vega Maritime No. 2 Ltd. | Subsidiary of Etoile Polaire Ltd. |
| 65 | Vega Maritime No. 3 Ltd. | Subsidiary of Etoile Polaire Ltd. |
| 66 | Vega Maritime No. 4 Ltd. | Subsidiary of Etoile Polaire Ltd. |
| 67 | Vega Maritime No. 5 Ltd. | Subsidiary of Etoile Polaire Ltd. |
| 68 | Gemini Marine (No. 9) Ltd. | Subsidiary ofNorth Star Maritime Holdings Ltd. |

| **PART F: OTHER ARMS OF THE LAKHANI GROUP** [3] | | |
| **No.** | **Entity** | **Relationship to the Fraud** |
| 69 | Gulfstar SA | Commercial arm of the Dubai Trading Agency LLC, controlled by the Lakhanis |

---

[3] Entities that are identified as arms of the Lakhani group of companies based on public records provided to me by Applicants.

| | | Service of process agent for personal guarantors |
|---|---|---|
| 70 | DTA Maritime LLC | Provider of marine and logistic services owned by Muhammad Tahir Lakhani |
| 71 | Star Property Investments Limited | Holder of title to residence purportedly owned by Muhammad Tahir Lakhani |

| PART G: OTHER THIRD PARTIES OF INTEREST TO THE INVESTIGATION | | |
|---|---|---|
| **No.** | **Entity** | **Relationship to the Fraud** |
| 72 | SH Process Agents Limited | Service of process agent for personal guarantors |