UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re YS GM MARFIN II LLC, et al

**ORDER**

20 Misc. 182 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The following schedule will apply to Applicants' motion to compel compliance with subpoenas:

Applicants' brief is due September 17, 2021;

Respondents' opposition is due October 1, 2021; and

Applicants' reply, if any, is due October 8, 2021.

Dated: New York, New York
       August 16, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge